# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-14873 |
| ROLLIN G. COOKE III | CHAPTER 13 |
| DEBTORS | JUDGE ARTHUR I. HARRIS |

## NOTICE OF HEARING ON MOTION OF DEBTOR TO VACATE ORDER GRANTING RELIEF FROM AUTOMATIC STAY ISSUED ON JANUARY 14, 2020

Now come Debtor, Rollin G. Cooke III, by and through his counsel, and hereby gives notice that a hearing on the 20th day of February, 2020 at 2:00 P.M., has been scheduled at the Howard M. Metzenbaum U.S. Court House, #1A, 201 Superior Avenue, Cleveland, Ohio 44114.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the Motion of Debtor to Vacate Order Granting Relief from Automatic Stay Issued , or if you want the Court to consider your views on the Motion, then on or before February 13, 2020, you or your attorney must:

File with the Court a written request explaining your position at:

> Clerk of Courts
> United States Bankruptcy Court
> Howard M. Metzenbaum U.S. Courthouse
> 201 Superior Avenue
> Cleveland, Ohio 44114

If you mail your response to the Court for filing, you must mail it early enough so the Court

will receive it on or before the date stated above.

You must copy to:

> Robin L. Stanley, Esq.
> Ibold & O'Brien
> 401 South Street
> Chardon, Ohio 44024
> .

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an Order granting the relief.

<br>

/s/Robin L. Stanley
Robin L. Stanley, Esq. (#0076421)
Ibold & O'Brien
401 South Street
Chardon, Ohio 44024
Phone: 440-285-3511
Facsimile: 440-285-3363
E-mail:RStanley@peteribold.com
Attorney for Debtor, Rollin Cooke III

# CERTIFICATE OF SERVICE

I certify that on January 22, 2020, a true and correct copy of *Notice of Hearing Motion of Debtor to Vacate Order Granting Relief from Automatic Stay Issued on January 14, 2020* was served:

*via the Court's ECF System on these entities and individuals listed on the Court's Electronic Mail Notice List:*

Lauren A. Helbling ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

Richard J. Parks on behalf of Creditor Northwest Bank rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com

Steven H. Patterson on behalf of Creditor Select Portfolio Servicing ohbk@rslegal.com; rsbkecfbackup@gmail.com;reisenfeld@ecf.inforuptcy.com

David D. Yeagley on behalf of NVR, Inc.
dyeagley@ulmer.com

Duriya Dhinojwala on behalf of Creditor Cheryl Heineman
ddhinojwala@bmdllc.com

Joseph M. Romano on behalf of Debtor Rollin Cooke
jromanolaw@sbcglobal.net


                                          /s/Robin L. Stanley
                                          Robin L. Stanley, Esq. (#0076421)
                                          Attorney for Debtor Rollin Cooke III


F:\DKASELAK\Bankruptcy\Cooke, Rollin\Pleadings\2020.01.22. Notice of Motion of Debtor to Vacate Order -NWB.wpd